# EXHIBIT A6



**OVER 10,000 ENTRIES**

# Microsoft Computer Dictionary

## Fifth Edition

- Fully updated with the latest technologies, terms, and acronyms
- Easy to read, expertly illustrated
- Definitive coverage of hardware, software, the Internet, and more!



Microsoft

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
       p.  cm.
    ISBN 0-7356-1495-4
    1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.

   AQ76.5. M52267   2002
   004'.03--dc21                                                           200219714

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9    QWT    7 6 5 4 3 2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

## Contributors

| | |
|---|---|
| Peter Aiken | Thomas P. Magliery |
| Bart Arenson | David Mason |
| Janice Borzendowski | Terrence M. McLaren |
| Jerome Colburn | Wallace Parker |
| Duane Hanson | Charles Petzold |
| Andrew Himes | Phil Rose |
| Robert Howecton | John Ross |
| Annette B. Jackson | David Rygmyr |
| Larry S. Jackson | Aimée Truchard |
| Thomas A. Jackson | Michael Vose |
| Chris Kinata | Bruce Webster |
| Ilana Kingsley | Judson D. Weeks |
| Robin Lombard | Tom Winn |
| Thomas A. Long | JoAnne Woodcock |
| William G. Madison | |

## Illustrators

| | |
|---|---|
| Travis Beaven | Rob Nance |
| David Holter | Joel Panchot |
| Alton Lawson | |



**IEEE 802.x.** *ISO/OSI reference model with IEEE 802 LLC and MAC layers shown.*

**IEEE 802.11** *n.* The Institute of Electrical and Electronics Engineers' (IEEE) specifications for wireless networking. These specifications, which include 802.11, 802.11a, 802.11b, and 802.11g, allow computers, printers, and other devices to communicate over a wireless local area network (LAN).

**IEEE printer cable** *n.* A cable used to connect a printer to a PC's parallel port that adheres to the IEEE 1284. *See also* IEEE 1284.

**IEPG** *n.* Acronym for Internet Engineering and Planning Group. A collaborative group of Internet service providers whose goal is to promote the Internet and coordinate technical efforts on it.

**IESG** *n. See* Internet Engineering Steering Group.

**IETF** *n.* Acronym for Internet Engineering Task Force. A worldwide organization of individuals interested in networking and the Internet. Managed by the IESG (Internet Engineering Steering Group), the IETF is charged with studying technical problems facing the Internet and proposing solutions to the Internet Architecture Board (IAB). The work of the IETF is carried out by various Working Groups that concentrate on specific topics, such as routing and security. The IETF is the publisher of the specifications that led to the TCP/IP protocol standard. *See also* Internet Engineering Steering Group.

**IFC** *n. See* Internet Foundation Classes.

**.iff** *n.* The file extension that identifies files in the IFF (Interchange File Format) format. IFF was most commonly used on the Amiga platform, where it constituted almost any kind of data. On other platforms, IFF is mostly used to store image and sound files.

**IFF** *n.* Acronym for Interchange File Format. *See* .iff.

**IFIP** *n.* Acronym for International Federation of Information Processing. An organization of societies, representing over 40 member nations, that serves information-processing professionals. The United States is represented by the Federation on Computing in the United States (FOCUS). *See also* AFIPS, FOCUS.

**IFS** *n. See* Installable File System Manager.

**IF statement** *n.* A control statement that executes a block of code if a Boolean expression evaluates to true. Most programming languages also support an ELSE clause, which specifies code that is to be executed only if the Boolean expression evaluates to false. *See also* conditional.

**IGES** *n. See* Initial Graphics Exchange Specification.

**IGMP** *n. See* Internet Group Membership Protocol.

**IGP** *n. See* Interior Gateway Protocol.

**IGRP** *n.* Acronym for Interior Gateway Routing Protocol. A protocol developed by Cisco Systems that allows coordination between the routing of a number of gateways. Goals of IGRP include stable routing in large networks, fast response to changes in network topology, and low overhead. *See also* communications protocol, gateway, topology.

**IIA** *n. See* SIIA.

**IIL** *n. See* integrated injection logic.

**IIOP** *n.* Acronym for Internet Inter-ORB Protocol. A networking protocol that enables distributed programs written in different programming languages to communicate over the Internet. IIOP, a specialized mapping in the General Inter-ORB Protocol (GIOP) based on a client/server model, is a critical part of CORBA. *See also* CORBA. *Compare* DCOM.

**IIS** *n. See* Internet Information Services.

**ILEC** *n.* Acronym for Incumbent Local Exchange Carrier. A telephone company that provides local service to its customers. *Compare* CLEC.

**Illegal** *adj.* Not allowed, or leading to invalid results. For example, an illegal character in a word processing program would be one that the program cannot recognize; an

necessary to run the Windows operating environment. The win.ini file has been supplanted by the registry database in Windows 95 and later and Windows NT and later. *See also* configuration file, ini file, registry.

**Winipcfg** *n.* Short for **Win**dows **IP** **C**onfiguration. A Windows 9x utility that enables users to access information about their TCP/IP (Transmission Control Protocol/Internet Protocol) and network adapter card settings. Running the Winipcfg program (winipcfg.exe) opens the IP Configuration window, which reveals the physical address, IP address, subnet mask, and default gateway settings of the primary TCP/IP adapter (or settings of multiple adapters if more than one is installed). This information is also helpful for troubleshooting. *See also* TCP/IP.

**WINS** *n.* Acronym for **W**indows **I**nternet **N**aming **S**ervice. A Windows NT Server method for associating a computer's host name with its address. *Also called:* INS, Internet Naming Service. *Compare* DNS (definition 1).

**Winsock** *n.* Short for **Win**dows **Sock**ets. An application programming interface standard for software that provides a TCP/IP interface under Windows. The Winsock standard developed out of a Birds of a Feather (BOF) discussion that arose among software vendors at a UNIX conference in 1991; it has gained the general support of software developers, including Microsoft. *See also* application programming interface, BOF, socket (definition 1), sockets API, TCP/IP.

**Wintel** *adj.* Of, pertaining to, or characteristic of a computer that uses the Microsoft Windows operating system and an Intel central processing unit (CPU). *See also* Windows.

**wired** *adj.* **1.** Of, pertaining to, or characteristic of an electronic circuit or hardware grouping in which the configuration is determined by the physical interconnection of the components (as opposed to being programmable in software or alterable by a switch). *See also* hardwired (definition 1). **2.** Knowledgeable about Internet resources, systems, and culture. **3.** Having access to the Internet.

**Wired Equivalent Privacy** *n. See* WEP.

**wired home** *n. See* smart home.

**wire-frame model** *n.* In computer graphics applications such as CAD programs, a representation of a three-dimensional object using separate lines that resemble strands of wire joined to create a model. *Compare* solid model, surface modeling.

**wireless** *adj.* Of, pertaining to, or characteristic of communications that take place without the use of interconnecting wires or cables, such as by radio, microwave, or infrared light.

**Wireless Application Protocol** *n.* A specification for a global standard for enabling digital cellular phones and other wireless devices to access Internet and other information services. The Wireless Application Protocol, or WAP, is supported by an organization known as WAP Forum, which includes such members as Motorola, Nokia, L. M. Ericsson, and Unwired Planet. The goal of the forum is to create an open standard that works with different wireless technologies. *Acronym:* WAP.

**wireless communication** *n.* Communication between a computer and another computer or device without wires. The form of wireless communication provided as part of the Windows operating system uses infrared light to transmit files. Radio frequencies, as used by cellular and cordless telephones, are another form of wireless communication. *See also* infrared, infrared device, infrared port.

**Wireless Information Device** *n. See* WID.

**wireless Internet** *n.* Version of the Internet designed for use on wireless phones and handheld devices with small display screens, limited memory, and slower data transmission speeds than a personal computer. Most wireless Internet sites offer content as basic text with limited graphics.

**wireless LAN** *n.* A LAN (local area network) that sends and receives data via radio, infrared optical signaling, or some other technology that does not require a physical connection between individual nodes and the hub. Wireless LANs are often used in office or factory settings where a user must carry a portable computer from place to place. *Also called:* WLAN.

**Wireless Markup Language** *n. See* WML.

**Wireless Multimedia Forum** *n. See* WMF (definition 2).

**wireless phone** *n.* Telephone that operates by means of radio waves without a wire connection. A base station (cell tower) relays the phone's signal to a wireless carrier's network, where it is transmitted to another wireless phone or to a wired telephone network.

**Wireless Services server component** *n.* A component that allows a content provider or carrier to configure and schedule any number of information acquisition/encoding/transmission components to create a data stream to be transmitted by a carrier to a device. The server component builds

