IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| GEOSCOPE TECHNOLOGIES PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:22-CV-01331-MSN-JFA <br><br><br><br> DEMAND FOR JURY TRIAL |
| GEOSCOPE TECHNOLOGIES PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | Case No. 1:22-CV-01373-MSN-JFA <br><br><br><br> DEMAND FOR JURY TRIAL |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS
PURSUANT TO FED. R. CIV. P. 12(c)**

Defendants Google LLC ("Google") and Apple Inc. ("Apple"), by counsel, pursuant to

Rule 12(c) of the Federal Rules of Civil Procedure, move for judgment on the pleadings as to U.S.

Patent Nos. 7,561,104, 8,400,358, 8,786,494, 8,406,753, 8,320,264, and 9,097,784 on the basis

that their asserted claims are not patent-eligible under 35 U.S.C. § 101.   The grounds and

authorities in support of the Motion for Judgment on the Pleadings are set forth in the

Memorandum of Law filed in support of Defendants' Motion for Judgment on the Pleadings filed

herewith.

Dated:  June 27, 2023                    Respectfully submitted,

   /s/ *Clark J. Belote*
Stephen E. Noona (VSB No. 25367)
Clark J. Belote (VSB No. 87310)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3000
Facsimile: (888) 360-9092
senoona@kaufcan.com
cjbelote@kaufcan.com


Edward J. Bennett (VSB No. 40118)
Adam D. Harber (*pro hac vice*)
Andrew Trask (*pro hac vice*)
Benjamin N. Hazelwood (VSB No.96058)
Michael Xun Liu (*pro hac vice*)
Adam Pan (*pro hac vice*)
WILLIAMS & CONNOLLY
680 Maine Avenue SW
Washington, DC  20024
Telephone: (202) 434-5000
ebennett@wc.com
aharber@wc.com
atrask@wc.com
bhazelwood@wc.com
mliu@wc.com
apan@wc.com

*Counsel for Defendant Google LLC*

Dated:  June 27, 2023              By:        */s/ Craig C. Reilly*

Craig C. Reilly (VSB No. 20,942)
craig.reilly@ccreillylaw.com
**The Law Offices of Craig C. Reilly**
209 Madison Street, Suite 501
Alexandria, Virginia 22314
Tel: (703) 549-5354
Fax: (703) 549-5355

Brian M. Buroker (VSB No. 39,581)
bburoker@gibsondunn.com
Wendy W. Cai (*pro hac vice*)
wcai@gibsondunn.com
David Brzozowski (*pro hac vice*)
dbrzozowski@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel: (202) 955-8295
Fax: (202) 831-6106

Brian A. Rosenthal (*pro hac vice*)
brosenthal@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 716-0839

Jaysen S. Chung (*pro hac vice*)
jschung@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel: (650) 849-5300
Fax: (650) 849-5067

Nathaniel R. Scharn (*pro hac vice*)
nscharn@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
3161 Michelson Drive
Irvine, CA 92612-4412

Tel: (949) 451-3800
Fax: (949) 451-4220

*Counsel for Defendant Apple Inc.*