IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Geoscope Technologies Pte. Ltd )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>Google LLC )<br>)<br>Defendant. ) | Civil Action No. 1:22-cv-01331 |

## JUDGMENT

Pursuant to the order of this Court entered on 09/18/2023 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered dismissing pursuant to Rule 12(c) as patent ineligible under 35 U.S.C. § 101: Count I; Count II as it relates to claims 15 and 18 of U.S. Patent No. 8,400,358; Count III; and Count IV.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
J. Lanham
Deputy Clerk

Dated: 10/06/2023
Alexandria, Virginia