# United States Court of Appeals for the Federal Circuit

_____

**GEOSCOPE TECHNOLOGIES PTE. LTD.,**
*Plaintiff-Appellant*

v.

**GOOGLE LLC, APPLE INC.,**
*Defendants-Appellees*

_____

2024-1003, 2024-1018

_____

Appeals from the United States District Court for the Eastern District of Virginia in Nos. 1:22-cv-01331-MSN-JFA, 1:22-cv-01373-MSN-JFA, Judge Michael S. Nachmanoff.

_____

**JUDGMENT**

_____

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

May 2, 2025
Date

Jarrett B. Perlow
Clerk of Court